UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 29 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America

v.

Linda Simmons

Case No. 1:06-CR-303 OWW

### CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel.

The Magistrate Judge has informed me of my right to trial, judgment and sentencing before a United States District Judge.

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial.

**I HEREBY:** Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 09/29/06

_____
Defendant

_____
Social Security No.

BEFORE: _____
United States Magistrate Judge

_____
Defendant's Attorney (if any)

____ Petty Offense

____ Misdemeanor